**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| CLAUDE CEASAR, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | 1:05-CV-103 (WLS) |
| : | 1:03-CR-37 (WLS) |
| UNITED STATES OF AMERICA, : | |
| : | 28 U.S.C. § 2255 |
| Respondent. : | |
| _____: | |

**O R D E R**

  Before the Court is Petitioner's motion to "stay and abey [sic]" filed after the Court entered orders adopting the Magistrate's Judge's recommendation to deny Ceasar's petition for relief and entered judgment for the United States. (Tab 45). The motion seeks to preserve objections already made. Therefore, the motion (Tab 45) is **DENIED as moot.** To the extent that Plaintiff's motion can be construed as a motion for reconsideration, it is both untimely and does not raise any new arguments or otherwise provide any valid basis for the Court to alter or amend its previous orders.. Therefore, on the alternative grounds, said motion (Tab 45) is also **DENIED.**

  SO ORDERED, this   16th   day of June, 2006.


                 /s/W. Louis Sands
               **W. Louis Sands, Chief Judge
United States District Court**